# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 4, 2005
C-88

No. 04-4520

United States
v.
Harold Reid Weaver
(WD PA 04-cr-00030E)

Present: ALITO, McKEE and AMBRO, Circuit Judges

1. Motion by Appellant for Summary Remand In Light of United States v. Booker.

2. Response by the Government of No Opposition.

/s/ Phyllis Ruffin
Phyllis Ruffin  267-299-4918

See attached Clerk's Order of 5/4/05 for the
Court's Information

_____ O R D E R _____
The foregoing motion is hereby granted.

By the Court,

/s/ Theodore A. McKee
Circuit Judge

Dated: January 5, 2006
par/cc: K.S.G., Esq.
R.P., Esq.
K.R.L., Esq.
C.A.S., Esq.

Certified as a true copy and issued in lieu
of a formal mandate on  1/27/06

Marcia M. Waldron
Teste:
Clerk, U.S. Court of Appeals for the Third Circuit