IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br> )<br>　　v. )<br> )<br>HAROLD REID WEAVER, )<br>　　　　Defendant. ) | Criminal No. 04-30 Erie |

**O R D E R**

　　　　　　　　AND NOW this   31st   day of January, 2006,

　　IT IS HEREBY ORDERED THAT the above defendant is scheduled to be **re-sentenced** on **Wednesday, February 22, 2006, at 9:30 a.m.** before the Honorable Sean J. McLaughlin in Courtroom C, United States Courthouse and Postoffice, 17 South Park Row, Erie, PA.

　　　　　　　　　　　　　　　　　　　　　　/s/Sean J. McLauhgin
　　　　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　　　United States District Judge


cc: Thomas W. Patton
　　Marshall Piccinini
　　U.S. Probation/Pretrial Services
　　U.S. Marshal Service