IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-30 Erie |
| ) | |
| HAROLD REID WEAVER ) | |

**APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

    The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

    1. Name of Detainee: Harold Reid Weaver, 95-0333, Year of Birth: 1951, Caucasian, Male.

    2. Detained by: Venango County Prison, 1163 Otter Street, Franklin, Pennsylvania 16323.

    3. Detainee has been sentenced in this district for violation of Title 21, United States Code, Sections 846 and 841(c)(1).

    4. Detainee is presently confined in the Venango County Prison, Franklin, Pennsylvania, serving a sentence on a state charge.

    5. The above case is set for resentencing at Erie, Pennsylvania on February 22, 2006, at 9:30 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

    6. The Warden of the Venango County Prison, Franklin, Pennsylvania has no objection to the granting of this petition.

                                                              _____
                                                              MARSHALL J. PICCININI
                                                               Assistant U.S. Attorney
                                                               PA ID No. 56362

ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above.

IT IS FURTHER ORDERED that when detainee's presence shall no longer be necessary for the above-referenced case, said detainee shall be returned to the above-named custodian.

_____            _____
DATE                                            UNITED STATES DISTRICT JUDGE

cc: United States Attorney